■ In the Matter of the Probate of the Will of HILDA D. LINCOLN, Deceased.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 3, 1962 with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached, and unless the undertaking required by the provision of section 298 of the Surrogate's Court Act, is filed. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of FRANK SCARINGE v. MUNICIPAL CIVIL SERVICE COMMISSION.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ LIA RAPPAPORT v. GEORGE RAPPAPORT.— Motion for a stay denied. Motion to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, but upon printed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record upon the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of the record, together with appellant's printed points, with this court. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SIDNEY SCHWARTZ, Doing Business under the Name of GLAD RECORD COMPANY v. LIONEL HAMPTON et al., Individually and as Copartners.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between JAKE GLATSTIAN and FRIEDA E. PELLER.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 22, 1962, with notice of argument for April 3, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ DHOOGE BROS., INC., v. JOAQUIN P. MECHO et al.— Motion for a stay granted to the extent of staying the operation and effect of the order of this court, entered on February 27, 1962, for a period of 10 days after the entry of the order herein to permit respondent to make an application to a Judge of the Court of Appeals for a stay. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ REUBEN H. EPSTEIN v. PAUL J. FOLEY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ MUHAMMAD'S TEMPLE OF ISLAM, INC., et al. v. NEW YORK WORLD-TELEGRAM CORPORATION et al. (And Two Other Actions) — Motion to dispense with printing granted to the extent of permitting the appeals in the *Hearst* actions to be heard in one appeal book, without duplication of printing, and dispensing with the printing in the record on appeal of the original exhibits in the *Hearst* actions and the original exhibits in the *New York World-Telegram* action on condition that the originals thereof are filed with this court on or before the Wednesday preceding the day of the term for which the appeals are noticed for argument. In all other respects the motion is denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.